IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIE THOMAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 12 C 10329 |
| SUPERINTENDENT, CHICAGO POLICE OFFICER ACEVEDO, et al., | ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Willie Thomas ("Thomas") has utilized the form of 42 U.S.C. § 1983 ("Section 1983") Complaint provided by the Clerk's Office for use by persons in custody to sue two City of Chicago police officers and Chicago's Police Superintendent for the claimed violation of his constitutional rights. This memorandum order is issued sua sponte to address a threshold subject that Thomas must deal with before his Complaint can be considered on the merits.

Because 28 U.S.C. § 1915 ("Section 1915") establishes filing fee requirements that a prisoner must satisfy as a precondition to suit, Thomas has also submitted an In Forma Pauperis Application and Financial Affidavit ("Application") that is partly hand-printed and partly on another form supplied by the Clerk's Office. This Court would not stand on ceremony if the only problem with that submission had been the fact that the Clerk's-Office-supplied form was not used in its entirety, for no such technicality should stand in the way of a viable Section 1983 lawsuit. But what Thomas has inexplicably (and mistakenly) tendered is a printed form dated 1·15·12 with a certificate that is dated November 15, 2011 and that is accompanied by a printout

that reflects transactions in his trust fund account at Logan Correctional Center from December 2011 to February 2012.

Because the relevant period for Section 1915 purposes is the six months preceding the filing of the lawsuit for which in forma pauperis status is sought, what Thomas must supply instead is a printout (or printouts, if such is the case) from the institution or institutions where Thomas was housed during the period from the beginning of June through the end of December 2012.[1] Blank forms of the Application and of a Motion for Appointment of Counsel (if Thomas also wishes such assistance) are being transmitted to him with a copy of this memorandum order. If the required form or forms are transmitted to this District Court on or before January 21, 2013, this Court will process the Section 1915 requirements (and the motion for counsel, if completed properly), but if that is not done this action will be dismissed without prejudice.[2]

                                                      _____
                                                      Milton I. Shadur
                                                      Senior United States District Judge

Date: January 7, 2013

---

[1] Thomas is now in custody at Sheridan Correctional Center. This Court has no information as to his custodial whereabouts during the period referred to in the text.

[2] Although Thomas also failed to provide copies of his Complaint for service on defendants, that will be done on his behalf. But he is advised that from here on all documents he submits must be provided in duplicate, with one counterpart to serve as an original for Clerk's Office filing and the other to serve as the Judge's copy for this Court's file.